479 A.2d 1147

Commonwealth v. Patience, Appellant.

Submitted March 19, 1984. Glenn D. Welsh, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

614

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Judgment affirmed.